(March 24, 1966)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORE PYLYPCUK, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— MEMORANDUM BY THE COURT. Appellant has been discharged from Dannemora State Hospital. (See *Baxstrom* v. *Herold*, 383 U. S. 107.) Appeal dismissed as academic. (*People ex rel. Hirschberg* v. *Close*, 1 N Y 2d 258; *People ex rel. Cole* v. *Allen*, 22 A D 2d 893; *People ex rel. Taylor* v. *Ramsden*, 17 A D 2d 645.) Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

(March 25, 1966)

■ STATE OF NEW YORK, Appellant, v. DONALD F. DAVIES, Respondent, et al., Defendants.— Motion to resettle order, and for permission to appeal to the Court of Appeals from the resettled order, granted, without costs. Decision dated December 20, 1965 [24 A D 2d 240], amended to read " Judgment and order reversed, on the law, without costs "; decretal paragraph of order entered December 23, 1965, resettled to provide " Ordered and Adjudged that the order and judgment appealed from be reversed, on the law, without costs." No issue of fact was considered by this court. The following question shall be certified to the Court of Appeals: " Was the Appellate Division correct in reversing, on the law, the order and judgment dismissing the complaint as to the defendant-respondent? " Motion for a stay granted, without costs. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK H. KELLERMAN, Appellant.— Application for permission to proceed as a poor person and assignment of counsel upon appeal from an order of the Supreme Court, Albany County, entered January 26, 1966, denying a motion to vacate indictment denied, on the ground that no appeal lies to this court from such order. (Code Crim. Pro., § 517.) Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE CARROLL, Petitioner, v. ROSS E. HEROLD, as Superintendent of Dannemora State Hospital, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus, granted. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.